O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT JOSEPH RIZKALLAH,<br><br>              Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>              Defendant. | CASE NO. ED CV 10-01745 RZ<br><br>JUDGMENT OF REMAND |

        In accordance with the Memorandum Opinion and Order filed concurrently herewith,

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

        DATED: January 10, 2012

                                              _____<br>
                                              RALPH ZAREFSKY<br>
                                           UNITED STATES MAGISTRATE JUDGE