WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| BRENT JOSEPH RIZKALLAH, | CASE NO.: **EDCV 10-01745 RZ** |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff ~~shall be~~ is awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND SIX HUNDRED FIFTY-SEVEN DOLLARS and no/cents ($1,657.00), as authorized by 28 U.S.C. § 2412 (d)~~, and subject to the terms and conditions of the Stipulation.~~

DATED:    April 6, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1